No. 445. FIRST NATIONAL BANK IN HOUSTON v. UNITED STATES ET AL. Court of Claims. Certiorari denied. *Edward S. Boyles* for petitioner. *Solicitor*

*General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *Herman Marcuse* for the United States, and *Emanuel Harris* for the National Surety Corporation et al., respondents.

